

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| EX PARTE: | § | No. 08-18-00082-CR |
| | § | Appeal from the |
| ANTONIO JOSE ADAME, | § | 409th District Court |
| Appellant. | § | of El Paso County, Texas |
| | § | (TC# 20060D00063-409-1) |
| | § | |

## **O R D E R**

Pending before the Court is an unopposed and verified motion to abate the appeal due to the death of the Appellant. Attached to the motion is a copy of the death certificate. The motion to abate the appeal is GRANTED. Because the appeal was perfected before Appellant's death, and we have not yet issued a mandate, it is ORDERED that the appeal is permanently abated. *See* TEX.R.APP.P. 7.1(a)(2).

IT IS SO ORDERED this 4th day of March, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.